UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KEEON JONES et al.,

        Plaintiffs,      Civil No. 09-4406 (JLL)

    v.

JON CORZINE et al.,             O R D E R

        Defendants.

For the reasons expressed in the Opinion filed herewith,

IT IS on this 13th day of May, 2010

ORDERED that Plaintiffs' application for class certification is DENIED; and it is further

ORDERED that Plaintiffs' application for proceeding jointly as co-plaintiffs is DENIED; and it is further

ORDERED that Plaintiffs' application to proceed, as a class or jointly, in forma pauperis is DENIED; and it is further

ORDERED that no filing fee shall be assessed against any Plaintiff; and it is further

ORDERED that the Complaint, Docket Entries Nos. 1 and 1-3, is DISMISSED. Such dismissal is without prejudice to Plaintiffs' filing of individual amended complaints; and it is further

ORDERED that the Clerk shall terminate all Plaintiffs in this matter, except for Keeon Jones, and all Defendants in this matter, except for Jon Corzine; and it is further

ORDERED that the Clerk shall administratively terminate this matter, subject to reopening in the event Keeon Jones submits, within 45 days from the date of entry of this Order, his amended complaint complying with the guidance provided in the Opinion filed herewith; and it is further

ORDERED that the Clerk shall open eleven new matters for Plaintiffs James Arline, Eric Cotay, Gary Harris, Ulysse Gagliano, Derrick Richardson, Kamar Stokes, Devon Cashes, Jose Colon, Fuquan Morgan, Adrienne Coleman and Derrell Riddick, designating each of these individuals as "Plaintiff" in his respective new matter and Jon Corzine as "Defendant" in each of these new matters; and it is further

ORDERED that the Clerk shall docket the instant Complaint, Docket Entries Nos. 1 and 1-3, in each such new matter; and it is further

ORDERED that the Clerk shall docket this Order and Opinion filed herewith in each such new matter, as well as in the instant matter; and it is further

ORDERED that the Clerk shall designate, in each such new matter, "Cause: 42:1983 Prisoner Civil Rights" and "Jurisdiction: Federal Question"; and it is further

ORDERED that the Clerk shall administratively terminate each of these newly open matters, subject to reopening in the event the Plaintiff designated in that matter submits, within 45 days

2

from the date of entry of this Order, his amended complaint complying with the guidance provided in the Opinion filed herewith; and it is further

ORDERED that, upon such opening and administrative termination, the Clerk shall assign these new matters on the wheel; and it is further

ORDERED that, in the event Plaintiffs Colon, Morgan, Coleman, Harris or Riddick elect to submit amended complaints in their respective new matters, each such Plaintiff shall accompany his submission by a complete in forma pauperis application consisting of the Plaintiff's affidavit and six-month prison account statement; and it is further

ORDERED that the Clerk shall serve copies of this Order and Opinion filed herewith upon Plaintiffs Keeon Jones, James Arline, Eric Cotay, Gary Harris, Ulysse Gagliano, Derrick Richardson, Kamar Stokes, Devon Cashes, Jose Colon, Fuquan Morgan, Adrienne Coleman and Derrell Riddick by regular U.S. mail. Each such mailing shall include a blank civil complaint form; and it is further

ORDERED that each of the Clerk's mailings to Plaintiffs James Arline, Eric Cotay, Gary Harris, Ulysse Gagliano, Derrick Richardson, Kamar Stokes, Devon Cashes, Jose Colon, Fuquan Morgan, Adrienne Coleman and Derrell Riddick shall also include a

3

copy of the docket sheet of the new matter opened for that particular Plaintiff; and it is further

ORDERED that each of the Clerk's mailings to Plaintiffs Colon, Morgan, Coleman, Harris and Riddick shall also include blank in forma pauperis applications for prisoners seeking to bring a non-habeas civil action; and it is further

ORDERED that the Clerk shall serve complementary copies of this Order and Opinion filed herewith upon Plaintiffs Julius Wilson, Laashif Lassiter, John Lewis, Ivan Borgella and Dali Jackson. No statement made in this Order or in the Opinion filed herewith shall be construed as a bar on these Plaintiffs' ability to initiate any civil action of their choice; and it is finally

ORDERED that no statement made in this Order or in the Opinion filed herewith shall be construed as expressing an opinion about either procedural or substantive validity (or invalidity) of the claims of any Plaintiff referred to in this Order or in the Opinion filed herewith, except for the Court's finding that Plaintiffs have no standing to bring claims jus tertii or on behalf of the State.

JOSE L. LINARES
United States District Judge

4